241 U.S. 683
 36 S.Ct. 285
 60 L.Ed. 1235
 UNITED STATES, Appellant,
v.
MELVEN BOOTH,[1] Administrator, etc.
 No. 192.
 Supreme Court of the United States
 January 17, 1916
 
 1
 The Attorney General for appellant.
 
 
 2
 Mr. George A. King for appellee.
 
 
 3
 Dismissed on motion of counsel for the appellant.
 
 
 
 [1]
 Death of Olin R. Booth suggested, and appearance of Melven Booth, as administrator of Olin R. Booth, deceased, as the party appellee herein, filed and entered on January 10, 1916.